DOA
10-14-16

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Alfredo Cordova-Martinez,<br>a.k.a.: Alfredo Cordova,<br>a.k.a.: Alfredo Cordova Martinez,<br>(A 076 797 383)<br>*Defendant* | ) ) ) ) ) ) ) Case No. 16-8376MJ |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of August 26, 2016, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Alfredo Cordova Martinez, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Otay Mesa, California, on or about September 23, 2003, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a) and enhanced by (b)(1).

I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

*CEB*
REVIEWED BY: Charles E. Bailey, P.S. for AUSA Abbie Broughton Marsh

☒ Continued on the attached sheet.

*Complainant's signature*

Marcus D. Leggett,
Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: October 17, 2016

*Judge's signature*

City and state: Phoenix, Arizona

John Z. Boyle,
United States Magistrate Judge
*Printed name and title*

## STATEMENT OF PROBABLE CAUSE

I, Marcus D. Leggett, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On August 26, 2016, Alfredo Cordova Martinez was booked into the Maricopa County Jail (MCJ) by the Arizona Department of Public Safety on local charges. While incarcerated at the MCJ, Cordova-Martinez was examined by ICE Officer C. Fernandez who determined him to be a Mexican citizen, illegally present in the United States. On the same date, an immigration detainer was lodged with the MCJ. On October 14, 2016, Cordova-Martinez was released from the MCJ and transported to the Phoenix ICE office for further investigation and processing. Cordova-Martinez was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Alfredo Cordova Martinez to be a citizen of Mexico and a previously deported criminal alien. Cordova-Martinez was removed

1

from the United States to Mexico through Otay Mesa, California, on or about September 23, 2003, pursuant to the reinstatement of an order of removal issued by an immigration judge. There is no record of Cordova-Martinez in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Cordova-Martinez's immigration history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that Cordova-Martinez was convicted of Unlawful Use of a Controlled Substance, a felony offense, on May 10, 1999, in the District Court, Douglas County, Colorado, Division Two (2). Cordova-Martinez was sentenced to ninety (90) days' incarceration and one (1) year of probation. Cordova-Martinez's criminal history was matched to him by electronic fingerprint comparison.

5. On October 14, 2016, Alfredo Cordova-Martinez was advised of his constitutional rights. Cordova-Martinez freely and willingly acknowledged his rights and agreed to provide a statement under oath. Cordova-Martinez stated that his true and complete name is "Alfredo Cordova," and that he is a citizen of Mexico. Cordova-Martinez stated that he illegally entered into the United States in "2003," through an unknown location without inspection by an immigration officer. Cordova-Martinez further stated that he had been removed from the United States to Mexico and did not receive

permission from the Secretary of the Department of Homeland Security to re-enter the United States after his removal.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about August 26, 2016, Alfredo Cordova Martinez, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Otay Mesa, California, on or about September 23, 2003, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

_____
Marcus D. Leggett,
Deportation Officer,
Immigration and Customs Enforcement

Sworn to and subscribed before me
this 17th day of October, 2016.

_____
John Z. Boyle,
United States Magistrate Judge

3